**BLANK ROME LLP**
Hilary F. Korman
Jonathan M. Robbin
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
hkorman@blankrome.com
(212) 885-5000 (Phone)
(212) 885-3078 (Fax)
*Attorneys for First National Collection Bureau, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
------------------------------------X
Vincent M. Asaro, on behalf of himself and all others : similarly situated, :
:
: Civil No.
Plaintiff, :
:
:
v. : **NOTICE OF REMOVAL**
:
First National Collection Bureau, Inc., :
:
Defendants. :
:
:
------------------------------------X

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, the

defendant, First National Collection Bureau, Inc. ("FCNB"), by its attorneys, Blank Rome LLP,

hereby removes this action brought by plaintiff, Vincent M. Asaro ("Plaintiff"), in the Supreme

Court of the State of New York, County of Suffolk, Index No. 622332/2017, to the United States

District Court for the Eastern District of New York, and FCNB, expressly reserving all questions

and defenses other than that of removal, respectfully states as follows:

1.      On or about November 19, 2017, Plaintiff filed a Summons with Notice in the

Supreme Court of the State of New York, County of Suffolk, Index No. 622332/2017, captioned

*Vincent M. Asaro, on behalf of himself and all others similarly situated v. First National Collection Bureau, Inc.* (the "State Court Action").

2.      On or about April 6, 2018, FCNB received notice of service of the Summons with Notice. FCNB appears to have been served under the Business Corporations Law § 306 by service on the New York Secretary of State on or about March 16, 2018. The Summons with Notice, made pursuant to CPLR § 305(b) and annexed hereto as Exhibit 1, constitutes all process, pleadings and orders received by FCNB under 28 U.S.C. § 1446(a).

3.      FCNB has filed this Notice of Removal within thirty (30) days of its notice of receipt of the Summons with Notice, and, therefore, has timely filed it in accordance with 28 U.S.C. § 1446(b).

4.      Removal to this Court is proper pursuant to 28 U.S.C. § 1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      This Court has original, "federal question" jurisdiction over this action pursuant to 28 § 1331 because the Summons with Notice alleges that sole cause of action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

6.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the Supreme Court of the State of New York, County of Suffolk.

7.      Simultaneous with the service and filing of this Notice of Removal, FCNB has served Plaintiff with a demand for the Complaint in accordance with CPLR § 3012(b), which

140383.01369/7423331v.1

demands service of the Complaint within twenty (20) days. Annexed hereto as Exhibit 2 is a copy of the Notice of Appearance and Demand for Complaint.

8.      Defendant respectfully reserves all defenses, including but not limited to all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

**WHEREFORE**, defendant FCNB hereby removes this action from the Supreme Court of the State of New York, County of Suffolk, to this Court.

Dated: New York, New York
        April 16, 2018

Respectfully Submitted,

**BLANK ROME LLP**

By:    _____
       Hilary F. Korman
       Jonathan M. Robbin
       The Chrysler Building
       405 Lexington Avenue
       New York, New York 10174
       hkorman@blankrome.com
       (212) 885-5000 (Phone)
       (212) 885-3078 (Fax)

*Attorneys for First National Collection Bureau, Inc.*