**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
VINCENT M. ASARO,

        Plaintiff,

                                      **JUDGMENT**
                                      CV 18-2246 (JMA) (SIL)

   - against -

FIRS NATIONAL COLLECTION BUREAU,
INC.,

        Defendant.
------------------------------------------------------X

       An Electronic Order of Honorable Joan M. Azrack, United States District Judge, having been filed on June 29, 2018, dismissing the complaint pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of Court to mark this case closed, it is

       **ORDERED AND ADJUDGED** that plaintiff Vincent M. Asaro take nothing of defendant First National Collection Bureau, Inc..; that the complaint is dismissed; and that this case is hereby closed.


Dated: Central Islip, New York
          June 29, 2018

                                                                 DOUGLAS C. PALMER
                                                                 CLERK OF THE COURT

                                            BY:    /s/ JAMES J. TORITTO
                                                          DEPUTY CLERK